```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :   SUPERSEDING INDICTMENT
                                       :
        - v. -                         :   S8 15 Cr. 379 (PKC)
                                       :
JUAN CARLOS BONILLA VALLADARES,        :
    a/k/a "El Tigre,"                  :
                                       :
                        Defendant.     :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

**COUNT ONE**
**(Cocaine Importation Conspiracy)**

The Grand Jury charges:

*Overview*

1.  From at least in or about 2000, up to and including in or about 2022, multiple drug trafficking organizations in Honduras and elsewhere worked together, and with support from certain prominent public and private individuals, including Honduran politicians and law enforcement officials, to receive multi-ton loads of cocaine sent to Honduras from, among other places, Colombia via air and maritime routes, and to transport the drugs westward in Honduras toward the border with Guatemala and eventually to the United States.

2.  For protection from official interference, and in order to facilitate the safe passage through Honduras of multi-

ton loads of cocaine, drug traffickers paid bribes to public officials, including certain members of the National Congress of Honduras and the Honduran National Police (the "HNP").

3.  JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, is a former high-ranking member of the HNP who participated in and supported the drug trafficking activities of, among others, Juan Orlando Hernandez, a/k/a "JOH," the former President of Honduras, and Juan Antonio Hernandez Alvarado, a/k/a "Tony Hernandez," a former member of the National Congress of Honduras and Juan Orlando Hernandez's brother.  BONILLA VALLADARES held high-ranking positions in the HNP, including Regional Police Chief and, from in or about 2012 to 2013, Chief of Police for all of Honduras.  BONILLA VALLADARES exploited his official positions to facilitate the cocaine trafficking of Juan Orlando Hernandez, Juan Antonio Hernandez Alvarado, and others, and used violence, including murders, to protect his co-conspirators and their cocaine trafficking network.  In addition, BONILLA VALLADARES used his position with the HNP to obtain information about law enforcement plans and interdiction efforts to protect the other members of the conspiracy from cocaine seizure and arrest.

STATUTORY ALLEGATIONS

4.  From at least in or about 2003, up to and including in or about 2018, in Honduras and elsewhere, and in an offense

begun and committed out of the jurisdiction of any particular State or district of the United States, JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, and others known and unknown, at least one of whom has been first brought to and arrested in the Southern District of New York, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

5. It was a part and an object of the conspiracy that JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, and others known and unknown, would and did import into the United States and into the customs territory of the United States from a place outside thereof a controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

6. It was further a part and an object of the conspiracy that JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, and others known and unknown, would and did manufacture, distribute, and possess with intent to distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3).

7. It was further a part and an object of the conspiracy that JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, and others known and unknown, would and did, on board an aircraft registered in the United States, manufacture, distribute, and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 959(c) and 960(a)(3).

8. The controlled substance that JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, conspired to (i) import into the United States and into the customs territory of the United States from a place outside thereof, (ii) manufacture, distribute, and possess with intent to distribute, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States, and (iii) manufacture, distribute, and possess with intent to distribute on board an aircraft registered in the United States, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B).

(Title 21, United States Code, Section 963; and Title 18, United States Code, Section 3238.)

4

## COUNT TWO
### (Possession of Machineguns and Destructive Devices)

The Grand Jury further charges:

9. Paragraphs 1 through 3 of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

10. From at least in or about 2003, up to and including in or about 2018, in Honduras and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, and for which at least one of two or more joint offenders has been first brought to and arrested in the Southern District of New York, JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, the cocaine importation conspiracy charged in Count One of this Superseding Indictment, knowingly used and carried firearms, and, in furtherance of such crime, knowingly possessed firearms, and aided and abetted the use, carrying, and possession of firearms, to wit, machineguns that were capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger, as well as destructive devices.

(Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(B)(ii), 3238, and 2.)

## COUNT THREE
(Conspiracy to Possess Machineguns and Destructive Devices)

The Grand Jury further charges:

11. Paragraphs 1 through 3 of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

12. From at least in or about 2003, up to and including in or about 2018, in Honduras and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, and others known and unknown, at least one of whom has been first brought to and arrested in the Southern District of New York, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate Title 18, United States Code, Section 924(c).

13. It was a part and an object of the conspiracy that JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, and others known and unknown, would and did, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, the cocaine importation conspiracy charged in Count One of this Superseding Indictment, knowingly use and carry firearms, and, in furtherance of such crime, knowingly possess firearms, including machineguns that were

6

capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger, as well as destructive devices, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B)(ii).

(Title 18, United States Code, Sections 924(o) and 3238.)

### FORFEITURE ALLEGATION
### (As to Count One)

14.  As a result of committing the controlled substance offense charged in Count One of this Superseding Indictment, JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and any and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of, the offense charged in Count One of this Superseding Indictment.

### FORFEITURE ALLEGATION
### (As to Counts Two and Three)

15.  As a result of committing the firearms offenses charged in Counts Two and Three of this Superseding Indictment, JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all firearms and ammunition involved

in and used in the commission of the offenses charged in Counts Two and Three of this Superseding Indictment.

<u>Substitute Assets Provision</u>

16. If any of the above-described forfeitable property, as a result of any act or omission of JUAN CARLOS BONILLA VALLADARES, a/k/a "El Tigre," the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 & 970; and Title 28, United States Code, Section 2461(c).)

_____  
FOREPERSON

_____  
DAMIAN WILLIAMS  
United States Attorney