UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                              15-cr-379-11 (PKC)

    -against-

                              ORDER

JUAN CARLOS BONILLA VALLADARES,

                  Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court approves associate counsel Bernarda Villalona for 200 hours at $125.

The Court otherwise defers action on the proposed "budget".

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
         February 15, 2023