UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            15 CR 379 (PKC)

      -against-                                               ORDER

JUAN CARLOS BONILLA VALLADARES,

                      Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The trial of this action has been long set for February 5, 2024.  The Court does not anticipate moving that trial date or granting a severance.  Defendant Juan Carlos Bonilla Valladares is represented by Raoul Zaltzberg and associate counsel Bernarda Villalona pursuant to the Criminal Justice Act ("CJA").  Mr. Zaltzberg was appointed to represent defendant on May 11, 2022. Ms. Villalona entered an appearance as associate counsel on January 10, 2023.  With the start of trial about five weeks away, Mr. Zaltzberg advises that the defendant has written to the Court seeking a change of counsel; no such request has been received by the Court as of this date.

        The Court will appoint Cesar de Castro, as additional counsel under the CJA, solely for the purpose of advising defendant on pre-trial matters.

        SO ORDERED.

                                                                P. Kevin Castel
                                                               United States District Judge

Dated: New York, New York
          December 19, 2023