UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                   15-cr-379 (PKC)

          -against-

                                                                                                  <u>ORDER</u>

JUAN CARLOS BONILLA VALLADARES,

                  Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The circumstances leading to the appointment of Mr. de Castro to advise defendant Bonilla on pre-trial matters is well described in the Court's Order of December 19, 2023. (ECF 641.) Per that Order, Mr. de Castro's professional obligations in this case were scheduled to terminate with the empanelment of a jury and the commencement of trial. At the January 23, 2024 conference attended by lead counsel for Bonilla, Mr. Zaltzberg, and Mr. de Castro, Mr. Zaltzberg expressed the desire that Mr. de Castro stay on the team through trial. No objection was expressed by Mr. de Castro or anyone else, and the Court granted the request.

        Mr. de Castro has applied to the Court by letter dated January 29, 2024 to be relieved of this responsibility for professional and personal reasons. The Court notes that Mr. de Castro was not intended to substitute for Mr. Zaltzberg and Ms. Villalona, who have been conscientiously preparing for trial. It has been pointed out to the Court that Mr. de Castro's fluency in Spanish was of great assistance in explaining matters to the defendant. There may be other tasks that Mr. de Castro can undertake for the team that do not require the depth of knowledge of Mr. Zaltzberg and Ms. Villalona. The Court recognizes that the circumstances described in the letter may further limit his participation but, in the belief that he may still render

valuable assistance, the Court DENIES his application. Letter motion (ECF 682) should be terminated.

SO ORDERED.

_P. Kevin Castel_
United States District Judge

Dated: New York, New York
January 30, 2024